1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
6        150 Almaden Boulevard, Suite 900
         San Jose, California 95113
         Telephone: (408) 535-5056
7        FAX: (408) 535-5061
         E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                               SAN JOSE DIVISION

13
    UNITED STATES OF AMERICA,            )   CR No. 14-00273 BLF
14                                       )
           Plaintiff,                    )   STIPULATION AND [PROPOSED] ORDER
15                                       )   REQUESTING ARRAIGNMENT DATE
       v.                                )
16                                       )
    MATTHEW KLIEWER,                     )
17                                       )
           Defendant.                    )
18                                       )
                                         )
19  _____)

20       The undersigned parties request that the above-captioned case be scheduled for an initial
21  appearance and arraignment on Monday, August 11, 2014 at 1:30 p.m.
22  SO STIPULATED.
23  DATED: June 24, 2014                    MELINDA HAAG
                                            United States Attorney
24
25                                          /s/
                                            SUSAN KNIGHT
26                                          Assistant United States Attorney
27
28
   STIPULATION AND [PROPOSED] ORDER
   CR 14-00273 BLF

1  DATED: June 24, 2014

2                                          /s/
                   BERNIE MARTINEZ
3                  Counsel for Mr. Kliewer

4
                                     ORDER
5

6      Accordingly, for good cause shown, the Court HEREBY ORDERS that an initial appearance and

7  arraignment shall be held on Monday, August 11, 2014 at 1:30 p.m.

8  SO ORDERED.

9  DATED: 6/25/14

10

11                 HON. HOWARD R. LLOYD
                   United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 14-00273 BLF