UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 14-00273 BLF |
| Plaintiff, | ) [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| MATTHEW KLIEWER, | ) |
| Defendant. | ) |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on August 12, 2014, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

    a. Cooler master tower bearing no. RC932KKNJF11095000367

    b. Western Digital hard drive bearing serial no. WCAV51604279

    c. Samsung hard drive bearing no. S0MUJ13P109185

    d. OCZ Vertex2 hard drive bearing serial no. 019611011001051

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 14-0273 BLF                                             1

1    e.  Western Digital hard drive bearing serial no. WMAZA2412228
2    f.  Western Digital hard drive bearing serial no. WMAZA2441039
3    g.  Dell computer bearing serial no. FHKTPD1
4    h.  Western Digital hard drive bearing serial no. WMALA1638720
5    i.  Seagate hard drive bearing serial no. 9QF9QZMF
6    j.  General computer with Ubuntu sticker on the front
7    k.  IBM Deskstar hard drive bearing serial no. B2R45848
8    l.  Acer Aspire bearing serial no. LXAA7051066120B9B0EM14
9    m.  Toshiba MK hard drive bearing serial no. 16AF00185S
10   n.  Asus EeePC bearing serial no. A8DAA5317862 and
11   o.  Kingston hard drive bearing serial no. 07MA30083687

pursuant to 18 U.S.C. §§ 1030(i) and (j), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

1    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of
2    Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of
3    sentencing and was made part of the sentence and included in the judgment.

4    IT IS SO ORDERED this _____ day of _____ 2014.

          _____
          HON. BETH LABSON FREEMAN
          United States District Judge