UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-00273 BLF |
| Plaintiff, | ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | ) | |
| MATTHEW KLIEWER, | ) | |
| Defendant. | ) | |

On October 9, 2014, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a. Cooler master tower bearing no. RC932KKNJF11095000367

    b. Western Digital hard drive bearing serial no. WCAV51604279

    c. Samsung hard drive bearing no. S0MUJ13P109185

    d. OCZ Vertex2 hard drive bearing serial no. 019611011001051

    e. Western Digital hard drive bearing serial no. WMAZA2412228

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 14-00273 BLF                                                                 1

1    f.  Western Digital hard drive bearing serial no. WMAZA2441039

2    g.  Dell computer bearing serial no. FHKTPD1

3    h.  Western Digital hard drive bearing serial no. WMALA1638720

4    i.  Seagate hard drive bearing serial no. 9QF9QZMF

5    j.  General computer with Ubuntu sticker on the front

6    k.  IBM Deskstar hard drive bearing serial no. B2R45848

7    l.  Acer Aspire bearing serial no. LXAA7051066120B9B0EM14

8    m.  Toshiba MK hard drive bearing serial no. 16AF0018S

9    n.  Asus EeePC bearing serial no. A80AAS317862  and

10   o.  Kingston hard drive bearing serial no. 07MA30083687

pursuant to 18 U.S.C. § § 1030(i) and (j), 21 U.S.C. § 853 and the procedures outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to 18 U.S.C. § § 1030(i) and (j), 21 U.S.C. § 853 and the procedures outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: _____

_____
HON. BETH LABSON FREEMAN
United States District Judge